# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS & PIPEFITTERS LOCAL UNION NO. 286 HEALTH AND WELFARE FUND, TRUSTEES OF THE PLUMBERS & PIPEFITTERS LOCAL UNION NO. 286 MONEY PURCHASE PLAN, TRUSTEES OF THE AUSTIN PLUMBERS & PIPEFITTERS AREA JOINT APPRENTICE COMMITTEE TRUST FUND, TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND AND INTERNATIONAL TRAINING FUND, <br> Plaintiffs, <br><br> v. <br><br> JEREMY R. HOBSON, INDIVIDUALLY, AND C. JOSEPH INDUSTRIES, LLC , <br> Defendants. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No.  4:16-CV-00911 <br> (Judge Mazzant/Judge Johnson) |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 13, 2017, the report of the Magistrate Judge (Dkt. #14) was entered containing proposed findings of fact and recommendations that Plaintiffs Trustees of the Plumbers & Pipefitters Local Union No. 286 Health and Welfare Fund, Trustees of the Austin Plumbers & Pipefitters Area Joint Apprentice Committee Trust Fund, and Trustees of the Plumbers & Pipefitters Local Union No. 286 Money Purchase Plan (the "Local 286 Plans") and Trustees of the Plumbers and Pipefitters National Pension Fund and Trustees of the International Training Fund' (the "National Plans")

(collectively "Plaintiffs") Motion for Entry of Default Judgment (Dkt. #11) be GRANTED and that final default judgment be entered for Plaintiffs.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Plaintiffs' Motion for Default Judgment (Dkt. #11) is **GRANTED** and a final default judgment shall be entered for Plaintiffs.

**It is SO ORDERED**.

**SIGNED this 11th day of July, 2017.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE