# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS & PIPEFITTERS LOCAL UNION NO. 286 HEALTH AND WELFARE FUND, TRUSTEES OF THE PLUMBERS & PIPEFITTERS LOCAL UNION NO. 286 MONEY PURCHASE PLAN, TRUSTEES OF THE AUSTIN PLUMBERS & PIPEFITTERS AREA JOINT APPRENTICE COMMITTEE TRUST FUND, TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND AND INTERNATIONAL TRAINING FUND,<br>　　　Plaintiffs,<br><br>v.<br><br>JEREMY R. HOBSON, INDIVIDUALLY, AND C. JOSEPH INDUSTRIES, LLC,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:16-CV-00911<br>(Judge Mazzant/Judge Johnson) |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 8, 2018, the report of the Magistrate Judge (Dkt. #23) was entered containing proposed findings of fact and recommendations that Plaintiffs Trustees of the Plumbers & Pipefitters Local Union No. 286 Health and Welfare Fund, Trustees of the Austin Plumbers & Pipefitters Area Joint Apprentice Committee Trust Fund, and Trustees of the Plumbers & Pipefitters Local Union No. 286 Money Purchase Plan (the "Local 286 Plans") and Trustees of the Plumbers and Pipefitters National Pension Fund and Trustees of the International Training Fund's (the "National Plans") (collectively "Plaintiffs") Motion to Compel Defendant C. Joseph

Industries, LLC to Respond to Post-Judgment Discovery Requests (Dkt. #18) and Plaintiff's Motion to Compel Defendant Jeremy R. Hobson to Respond to Post-Judgment Discovery Requests (Dkt. #19) (collectively, the "Motions") be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Plaintiffs' Motion to Compel Defendant C. Joseph Industries, LLC to Respond to Post-Judgment Discovery Requests (Dkt. #18) and Plaintiff's Motion to Compel Defendant Jeremy R. Hobson to Respond to Post-Judgment Discovery Requests (Dkt. #19) are **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Jeremy R. Hobson, Individually, shall serve upon Plaintiffs his responses to Plaintiffs' Post-Judgment Interrogatories and Requests for Production of Documents.

**IT IS FURTHER ORDERED** that Defendant Jeremy R. Hobson, Individually, shall pay to Plaintiffs the sum of **ONE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS ($1,500.00)** for attorneys' fees incurred in the preparation and filing of Plaintiffs' Motion to Compel against him.

**IT IS FURTHER ORDERED** that Defendant C. Joseph Industries, LLC, shall serve upon Plaintiffs its responses to Plaintiffs' Post-Judgment Interrogatories and Requests for Production of Documents.

**IT IS FURTHER ORDERED** that Defendant C. Joseph Industries, LLC, shall pay to Plaintiffs the sum of **ONE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS**

**($1,500.00)** for attorneys' fees incurred in the preparation and filing of Plaintiffs' Motion to Compel against it.

Finally**,** the Clerk's office is **ORDERED** to send a copy of this Memorandum Adopting via certified mail, return receipt requested to:

Jeremy R. Hobson,
5854 Bicentennial
San Antonio, Texas 78219;

and

C. Joseph Industries, LLC, by and through its registered agent, Jeremy R. Hobson
5854 Bicentennial
San Antonio, Texas 78219.

**IT IS SO ORDERED**.
 **SIGNED this 7th day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE